**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**Judge Christine M. Arguello**

Civil Action No. 11-cv-03415-CMA-KLM

A-1 COLLECTION AGENCY, LLC,

Plaintiff,

v.

DEBORAH PENCIL, a/k/a Deborah Spielberger, and
KIRK PENCIL,

Defendants.

---

**ORDER GRANTING DISMISSAL WITH PREJUDICE OF THIRD-PARTY COMPLAINT AGAINST KAISER FOUNDATION HEALTH PLAN OF COLORADO AND REMANDING TO DISTRICT COURT, COUNTY OF GUNNISON, STATE OF COLORADO**

---

Upon consideration of the Stipulation for Dismissal With Prejudice of the Third Party Complaint Against Kaiser Foundation Health Plan of Colorado and Stipulation for Remand to District Court, County of Gunnison, State of Colorado (Doc. # 16), filed by the parties, and being duly advised, the Court hereby enters the following:

IT IS HEREBY ORDERED THAT:

1. Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) and 41(c), the Third-Party Complaint against Kaiser Foundation Health Plan of Colorado (Doc. # 3) is DISMISSED WITH PREJUDICE, each party to pay his, her or its own costs and fees incurred. The only claims remaining before the Court are those in Plaintiff A-1 Collection Agency,

LLC's Complaint against Defendants Deborah B. Pencil a/k/a Deborah Spielberger and Kirk W. Pencil (Doc. # 2).

2. With dismissal of the Third-Party Complaint, there is no longer any basis jurisdiction in the Federal Court. Thus, the case is hereby REMANDED to the District Court, County of Gunnison, State of Colorado (Case No. 2011 CV 237). All future proceeding in this case shall be conducted in the District Court of Gunnison County, Colorado.

DATED: March __07__, 2012

BY THE COURT:

CHRISTINE M. ARGUELLO
United States District Judge